# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAMARR ROWELL,
                Appellant,
          vs.
THE STATE OF NEVADA,
                Respondent.

No. 69676

FILED

MAR 2 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order transferring petition. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:   Hon. Richard Scotti, District Judge
      Hon. Jim C. Shirley, District Judge
      Lamarr Rowell
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-09517